UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA SANDS,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>STATE FARM FIRE AND<br>CASUALTY COMPANY,<br><br>　　　　　　　Defendant. | No. 5:17-cv-4160 |

# **O R D E R**

**AND NOW**, this 5th day of April, 2018, for the reasons expressed in the Opinion issued this date **IT IS ORDERED THAT** Defendant's Motion for Partial Summary Judgment, ECF No. 22, is **GRANTED**. Judgment is **ENTERED** in favor of Defendant and against Plaintiff on Count II- Bad Faith of Defendant, State Farm Fire and Casualty Company.

　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　United States District Judge

040518